Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRAHAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE PRUDENTIAL INSURANCE )<br>COMPANY OF AMERICA, TOSCO )<br>CORPORATION LONG TERM )<br>DISABILITY PLAN, and )<br>CONOCOPHILLIPS COMPANY, )<br>)<br>Defendants. )<br>) | Case No.: C 04-3513 JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING TIME TO<br>COMPLETE MEDIATION AND<br>CONTINUING CASE MANAGEMENT<br>COFERENCE** |

Pursuant to Civil Local Rule 6-1(b), Plaintiff, John Graham, and Defendants, The Prudential Insurance Company of America and Tosco Corporation Long Term Disability Plan, through their respective counsel of record, hereby stipulate to extend the date to complete mediation from April 29, 2004 to May 11, 2005. The parties engaged in an initial session of mediation on April 28, 2005 and made substantial progress toward settlement. However, an issue arose at mediation that the parties needed to research further, and a subsequent mediation date has been scheduled for May 11, 2005.

The parties further stipulate to continue the case management conference scheduled for May 6, 2005 to May 20, 2005, to allow for the completion of mediation.

**STIPULATION AND ORDER RE EXTENDING DATES FOR MEDIATION
AND CASE MANAGEMENT CONFERENCE (04-3513 JSW)** 1

**IT IS SO STIPULATED.**

DATED: April 29, 2005       BY: _____/s/_____
                                Steven M. Chabre
                                Attorney for Plaintiff
                                JOHN GRAHAM


DATED: April 29, 2005       BY: _____/s/_____
                                James D. Boughey
                                Wilson, Elser, Moskowitz, Edelman, &
                                Dicker LLP
                                Attorneys for Defendants
                                THE PRUDENTIAL INSURANCE
                                COMPANY OF AMERICA and TOSCO
                                CORPORATION LONG TERM
                                DISABILITY PLAN

**PURSUANT TO STIPULATION IT IS SO ORDERED.**


DATED: April 29, 2005       /s/ Jeffrey S. White
                            _____
                                Jeffrey S. White
                                UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER RE EXTENDING DATES FOR MEDIATION
AND CASE MANAGEMENT CONFERENCE (04-3513 JSW)**                2