Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRAHAM, | Case No.: C 04-3513 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TAKING CASE MANAGEMENT CONFERENCE OFF CALENDAR** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, TOSCO CORPORATION LONG TERM DISABILITY PLAN, and CONOCOPHILLIPS COMPANY, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(b), Plaintiff, John Graham, and Defendants, The Prudential Insurance Company of America and Tosco Corporation Long Term Disability Plan, through their respective counsel of record, hereby stipulate to take the case management conference scheduled for May 20, 2005 off calendar. The parties reached a settlement agreement on May 11, 2005 and are currently finalizing the language of the release and the stipulation of dismissal.

**IT IS SO STIPULATED.**

DATED: May 12, 2005          BY:         /s/
                                 Steven M. Chabre
                                 Attorney for Plaintiff
                                 JOHN GRAHAM


DATED: May 12, 2005          BY:         /s/
                                 James D. Boughey
                                 Wilson, Elser, Moskowitz, Edelman, &
                                 Dicker LLP
                                 Attorneys for Defendants
                                 THE PRUDENTIAL INSURANCE
                                 COMPANY OF AMERICA and TOSCO
                                 CORPORATION LONG TERM
                                 DISABILITY PLAN


**PURSUANT TO STIPULATION IT IS SO ORDERED.**


DATED: May 13, 2005          /s/ Jeffrey S. White
                             Jeffrey S. White
                             UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TAKING CASE MANAGEMENT
CONFERENCE OFF CALENDAR (C 04-3513 JSW)                              2