Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff,
JOHN GRAHAM

James D. Boughey, SBN 44880
Beth A. Fruechtenicht, SBN 208847
Rebecca Labat Crosby, SBN 221241
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
650 California Street, 14th Floor
San Francisco, CA 94108
(415) 433-0990
(415) 434-1370 (fax)

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and TOSCO CORPORATION
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRAHAM, | Case No.: C 04-3513 JSW |
| Plaintiff, | **STIPULATED DISMISSAL OF ACTION AND [PROPOSED] ORDER** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, TOSCO CORPORATION LONG TERM DISABILITY PLAN, and CONOCOPHILLIPS COMPANY, | |
| Defendants. | |

Plaintiff JOHN GRAHAM ("Plaintiff"), and defendants The Prudential Insurance Company of America ("Prudential") and the TOSCO CORPORATION LONG TERM DISABILITY PLAN ("the Plan"), by and through their respective counsel of record, hereby enter into this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) and

156476.1

Civil L.R. 7-11:

WHEREAS, Plaintiff and Prudential have conducted settlement negotiations and have reached a full and final settlement of Plaintiff's claims against Prudential and the Plan;

WHEREAS, pursuant to this settlement and in consideration for the dismissal of this action as to Prudential and the Plan, Prudential has agreed to pay and has paid to Plaintiff the sum of $100,000.00 (One Hundred Thousand Dollars and No Cents).

NOW THEREFORE, the Parties jointly stipulate as follows:

1. Action No. C 04-3513 JSW shall hereby be dismissed with prejudice as to Prudential and the Plan; and

2. Plaintiff and Prudential hereby waive and release any contractual, statutory or other right to recover costs or attorney fees from the other relating to the above-titled action.

**SO STIPULATED AND AGREED:**

DATED: June 6, 2005    BY: /s/
Steven M. Chabre
Attorney for Plaintiff

DATED: June 6, 2005    BY: /s/
James D. Boughey
Beth A. Fruechtenicht
Rebecca Labat Crosby
Attorney for Defendants The Prudential Insurance Company of America and Tosco Corporation Long-Term Disability Plan

## COURT ORDER

PURSUANT TO STIPULATON, IT IS SO ORDERED.

Dated: June 7, 2005    /s/ Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

156476.1